No. 95-358. RICE ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 95-398. BOUDREAU *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95-465. LAGUNA GATUNA, INC. *v.* BROWNER, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95-511. WILLIAMS *v.* MERIT SYSTEMS PROTECTION BOARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 95-535. TORCASIO *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95-565. RESTLAND FUNERAL HOME, INC., ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95-572. LUFT ET UX. *v.* FARMERS HOME ADMINISTRATION ET AL. C. A. 10th Cir. Certiorari denied.

No. 95-579. PERLMUTTER, INDIVIDUALLY AND AS GENERAL ADMINISTRATRIX AND ADMINISTRATRIX AD PROSEQUENDUM OF THE ESTATE OF PERLMUTTER *v.* COOPER ET AL. C. A. 3d Cir. Certiorari denied.

No. 95-584. ELAGAMY *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 95-588. REDLAND SOCCER CLUB, INC., ET AL. *v.* DEPARTMENT OF THE ARMY ET AL. C. A. 3d Cir. Certiorari denied.